IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) C.A. No. 11-1249 (LPS) | |
| GOOGLE, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the Defendant to move, answer or otherwise respond to the Complaint is extended through and including February 21, 2012.

YOUNG, CONAWAY, STARGATT & TAYLOR LLP    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Melanie K. Sharp*    */s/ Jack B. Blumenfeld*

Melanie K. Sharp (#2501)    Jack B. Blumenfeld (#1014)
Erika R. Caesar (#5143)    1201 North Market Street
The Brandywine Building    P.O. Box 1347
1000 West Street, 17th Floor    Wilmington, DE 19899
P.O. Box 391    (302) 658-9200
Wilmington, DE 19899    jblumenfeld@mnat.com
(302) 571-6681
msharp@ycst.com    *Attorneys for Defendant*
ecaesar@ycst.com

*Attorneys for Plaintiff*
4781513

SO ORDERED this _____ day of _____, 2012.

_____
J.