IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 11-1249 (LPS) |
| GOOGLE INC., | ) |
| | ) |
| Defendant. | ) |

## GOOGLE INC.'S DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Google Inc. states that it has no parent corporation and no publicly held corporation owns 10% or more of Google Inc.'s stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paul Saindon*

Jack B. Blumenfeld (#1014)
Paul Saindon (#5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
psaindon@mnat.com
   *Attorneys for Google Inc.*

OF COUNSEL:

Dimitrios T. Drivas
Kevin X. McGann
John P. Scheibeler
Robert E. Counihan
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY  10036
(212) 819-8200

February 21, 2012
5760818

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 21, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Melanie K. Sharp, Esquire<br>Ericka R. Caesar, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| James H. Shalek, Esquire<br>Robert Mayer, Esquire<br>Joon Yoon, Esquire<br>Fabio Tarud, Esquire<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY  10036 | *VIA ELECTRONIC MAIL* |
| Justin J. Daniels, Esquire<br>Sean D. Whaley, Esquire<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA  02110-2600 | *VIA ELECTRONIC MAIL* |

*/s/ Paul Saindon*

Paul Saindon (#5110)