IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 11-1249 (LPS) |
| GOOGLE INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

In light of Plaintiff's recent filing of its First Amended Complaint (D.I. 13) withdrawing its indirect and willful infringement claims, Defendant Google Inc. hereby withdraws its Motion to Dismiss Plaintiff's Claims of Indirect and Willful Infringement (D.I. 10) as moot.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paul Saindon (#5110)*

Jack B. Blumenfeld (#1014)
Paul Saindon (#5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
psaindon@mnat.com

*Attorneys for Defendant Google Inc.*

OF COUNSEL:

Dimitrios T. Drivas
Kevin X. McGann
John P. Scheibeler
Robert E. Counihan
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY  10036
(212) 819-8200

March 16, 2012
5813102

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 16, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Melanie K. Sharp, Esquire<br>Ericka R. Caesar, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| James H. Shalek, Esquire<br>Robert Mayer, Esquire<br>Joon Yoon, Esquire<br>Fabio Tarud, Esquire<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036 | *VIA ELECTRONIC MAIL* |
| Justin J. Daniels, Esquire<br>Sean D. Whaley, Esquire<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA 02110-2600 | *VIA ELECTRONIC MAIL* |

*/s/ Paul Saindon (#5110)*

Paul Saindon (#5110)