IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC, ) | |
| ) | C. A. No.: 11-1249-LPS |
| Plaintiff, ) | |
| ) | **REDACTED -** |
| v. ) | **PUBLIC VERSION** |
| ) | |
| GOOGLE INC., ) | |
| ) | |
| Defendant. ) | |

### BRITISH TELECOMMUNICATIONS PLC'S REQUEST FOR ENTRY UPON GOOGLE INC.'S PREMISES FOR INSPECTION

Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiff British Telecommunications plc ("BT"), through its counsel, serves upon Defendant Google Inc. ("Google") its Request for Entry Upon Premises for Inspection, as follows.

### INSTRUCTIONS

1. BT specifies 9:00 a.m. on December 17, 2012, or some other date and time mutually agreed to by the parties, as the date and time for inspection of the premises stated below.

2. BT requests that its counsel and expert witness(es) be permitted to attend the inspections and access Google's computer systems as identified below.[1]

---

[1] The production and removal of documents and notes resulting from this inspection will be pursuant to a protocol to be discussed and negotiated by the parties.

**REDACTED - PUBLIC VERSION**

## REQUEST TO ENTER AND INSPECT

BT requests access to enter and inspect the Google repositories which contain documents produced in Google's September 28, 2012 and October 5, 2012 production of core technical documents, including the following Google Sites:[2]

1. ▓▓▓▓ (the repository where the document bearing Bates No. Goog_BT_00008168 resides);
2. ▓▓▓▓▓▓▓ (the repository where the document bearing Bates No. Goog_BT_00006888 resides);
3. ▓▓▓▓▓▓▓ (the repository where the document bearing Bates No. Goog_BT_00012232 resides);
4. ▓▓▓▓▓▓▓ (the repository where the document bearing Bates No. Goog_BT_00123218 resides);
5. ▓▓▓ (the repository where the document bearing Bates No. Goog_BT_00123219 resides);
6. ▓▓▓▓▓▓▓ (the repository where the document bearing Bates No. Goog_BT_00007693 resides);
7. ▓▓▓▓▓ (the repository where the document bearing Bates No. Goog_BT_00022607 resides);
8. ▓▓▓ (the repository where the document bearing Bates No. Goog_BT_00106981 resides);
9. ▓▓▓ (the repository where the document bearing Bates No. Goog_BT_00072347 resides);
10. ▓▓ (the repository where the document bearing Bates No. Goog_BT_00009338 resides);
11. ▓▓▓ (the repository where the document bearing Bates No. Goog_BT_00009603 resides);
12. ▓▓▓▓ (the repository where the document bearing Bates No. Goog_BT_00009692 resides);
13. ▓▓▓ (the repository where the document bearing Bates No. Goog_BT_00009929 resides);
14. ▓▓▓▓▓▓ (the repository where the document bearing Bates No. Goog_BT_00010004 resides);
15. ▓▓▓ (the repository where the document bearing Bates No. Goog_BT_00010670 resides);

---

[2] This list is not intended to be and cannot be an exhaustive list of internal Google Sites from which documents have been produced, because Google has not yet specifically identified from which internal Google web sites the core technical documents produced by Google on September 28, 2012 and October 5, 2012 were collected. Nor did Google identify internal Google web sites in its Disclosures Pursuant to Paragraph 3 of the District of Delaware Default Standard for Discovery.

**REDACTED - PUBLIC VERSION**

16. ███████ (the repository where the document bearing Bates No. Goog_BT_00013676 resides);
17. ███ (the repository where the document bearing Bates No. Goog_BT_00014164 resides);
18. ████████████████ (the repository where the document bearing Bates No. Goog_BT_00014186 resides);
19. █████████████ (the repository where the document bearing Bates No. Goog_BT_00014226 resides);
20. ████████ (the repository where the document bearing Bates No. Goog_BT_00227043 resides);
21. ████ (the repository where the document bearing Bates No. Goog_BT_00014489 resides);
22. ████████ (the repository where the document bearing Bates No. Goog_BT_00119498 resides);
23. █████████████ (the repository where the document bearing Bates No. Goog_BT_00027072 resides);
24. ████████ (the repository where the document bearing Bates No. Goog_BT_00028371 resides);
25. █████████████████ (the repository where the document bearing Bates No. Goog_BT_00011643 resides);
26. ████████ (the repository where the document bearing Bates No. Goog_BT_00197108 resides);
27. ██████████ (the repository where the document bearing Bates No. Goog_BT_00022430 resides);
28. ████████ (the repository where the document bearing Bates No. Goog_BT_00008868 resides); and
29. ████ (the repository where the document bearing Bates No. Goog_BT_00014491 resides).

**REDACTED - PUBLIC VERSION**

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        */s/ Robert M. Vrana*

        Melanie K. Sharp (No. 2501)
        Monté T. Squire (No. 4764)
        Robert M. Vrana (No. 5666)
        Rodney Square
        1000 North King Street
        Wilmington, DE  19801
        P.O. Box 391
        Wilmington, DE 19899-0391
        (302) 571-6681
        msharp@ycst.com

        PROSKAUER ROSE LLP
        James H. Shalek
        Nolan M. Goldberg
        Robert S. Mayer
        Joon R. Yoon
        Fabio E. Tarud
        Eleven Times Square
        New York, NY  10036
        (212) 969-3000

        Justin J. Daniels
        Sean D. Whaley
        One International Place
        Boston, MA  02110-2600
        (617) 526-9600

Dated:  November 16, 2012        *Attorneys for British Telecommunications plc*

## CERTIFICATE OF SERVICE

      I, Robert M. Vrana, Esquire, hereby certify that on November 16, 2012, I caused to be electronically filed a true and correct copy of British Telecommunications plc's Request for Entry upon Google Inc.'s Premises for Inspection with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following counsel of record:

Jack B. Blumenfeld (jblumenfeld@mnat.com)
Paul Saindon (psaindon@mnat.com)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

      I further certify that on November 16, 2012, I caused a copy of the foregoing document to be served on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL (by agreement of counsel):**

Dimitrios T. Drivas (ddrivas@whitecase.com)
Kevin X. McGann (kmcgann@whitecase.com)
John P. Scheibeler (jscheibeler@whitecase.com)
Robert E. Counihan (rcounihan@whitecase.com)
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

                                  */s/ Robert M. Vrana*

                                  Robert M. Vrana (No. 5666)