# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

PAUL C. SAINDON
302 351 9466
302 225 2567 Fax
psaindon@mnat.com

March 27, 2013

The Honorable Leonard P. Stark         *BY ELECTRONIC FILING*
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *British Telecommunications plc v. Google Inc.*
           C.A. No. 11-1249 (LPS)

Dear Judge Stark:

       Pursuant to the July 25, 2012 Joint Scheduling Order (D.I. 26), Defendant Google Inc. hereby submits a DVD and hard copy of their tutorial on the technology at issue in this case.

       If the Court experiences any difficulties in viewing the presentation, please let us know.

                                     Respectfully,

                                     Paul Saindon (#5110)

PS:ncf
Enclosures
cc:    Clerk of Court (By Hand Delivery)
        All Counsel of Record (By Hand Delivery and e-mail w/out DVD)

7085285