IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC, | ) |
| Plaintiff, | ) |
| v. | ) C. A. No.: 11-1249 (LPS) |
| GOOGLE INC., | ) |
| Defendant. | ) |

[~~PROPOSED~~] ORDER

At Wilmington this 12th day of April, 2013, having considered Plaintiff British Telecommunications plc's Motion for Leave to File Second Supplemental Complaint for Patent Infringement and the papers submitted in connection therewith;

IT IS HEREBY ORDERED that:

1. Plaintiff British Telecommunications plc's Motion for Leave to File Second Supplemental Complaint for Patent Infringement is GRANTED.

2. Counsel ~~The Clerk of Court~~ shall docket the proposed Second Supplemental Complaint attached as Exhibit 1 to the Motion, and the Second Supplemental Complaint shall be deemed filed and served as of the date of this Order.

_____
United States District Judge

01:13467004.1