IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-1249 (LPS) |
| ) | |
| GOOGLE INC., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT GOOGLE INC.'S
## MOTION TO BIFURCATE DAMAGES FROM LIABILITY

Pursuant to Federal Rule of Civil Procedure 42(b), Defendant Google Inc. hereby moves the Court for an Order bifurcating damages from the liability issues for the purposes of both expert discovery and trial. The grounds for this motion are fully set forth in Defendant Google Inc.'s Opening Brief in Support of Its Motion to Bifurcate Damages from Liability, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
Paul Saindon (#5110)
Eleanor G. Tennyson (#5812)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
psaindon@mnat.com
etennyson@mnat.com

*Attorneys for Defendant*

OF COUNSEL:

Dimitrios T. Drivas
Kevin X. McGann
Jeffrey J. Oelke
John P. Scheibeler
Robert E. Counihan
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY  10036
(212) 819-8200

June 10, 2013

## **RULE 7.1.1 CERTIFICATE**

Pursuant to D. Del. L.R. 7.1.1, counsel for Defendant Google Inc. certifies that the subject matter of this motion was discussed with counsel for Plaintiff British Telecommunications PLC, but the parties were unable to reach an agreement.

June 10, 2013                                                                  */s/ Jack B. Blumenfeld*
                                                                                       Jack B. Blumenfeld (#1014)

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 10, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Melanie K. Sharp, Esquire<br>Monte T. Squire, Esquire<br>Robert M. Vrana, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| James H. Shalek, Esquire<br>Robert Mayer, Esquire<br>Joon Yoon, Esquire<br>Fabio Tarud, Esquire<br>Jonathan M. Sharret, Esquire<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036 | *VIA ELECTRONIC MAIL* |
| Justin J. Daniels, Esquire<br>Sean D. Whaley, Esquire<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA 02110-2600 | *VIA ELECTRONIC MAIL* |

                                            */s/ Jack B. Blumenfeld*
                                            Jack B. Blumenfeld (#1014)