# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Paul C. Saindon
302 351 9466
302 225 2567 Fax
psaindon@mnat.com

December 16, 2013

The Honorable Leonard P. Stark
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

*BY ELECTRONIC FILING*

Re: *British Telecommunications PLC v. Google Inc.*
C.A. No. 11-1249 (LPS)

Dear Judge Stark:

    I write on behalf of Defendant Google Inc. Google has today filed an emergency motion to require plaintiff British Telecommunications plc ("BT") to provide required sections of the Pretrial Order. As part of the Pretrial Order exchange BT was required to provide an identification of, and the facts supporting, its infringement claims along with its witness list this past Friday. BT failed to provide meaningful sections, making it impossible for Google to respond with its sections of the Pretrial Order. Because Google's response to the Pretrial Order is due in two weeks, on December 31, Google requests consideration of this motion on an expedited basis.

    Counsel are available to answer any questions Your Honor may have.

Respectfully,

*/s/ Paul Saindon*

Paul Saindon (#5110)

PS:cmd
cc:   Clerk of Court (By Hand Delivery)
       All Counsel of Record (By Electronic Mail)

7855724