IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BRITISH TELECOMMUNICATIONS PLC, )
)
    Plaintiff, ) C. A. No.: 11-1249-LPS
)
    v. ) **JURY TRIAL DEMANDED**
)
GOOGLE INC., )
)
    Defendant. )
)

[~~PROPOSED~~] ORDER

At Wilmington this 18th day of December, 2013, having considered Defendant Google Inc.'s Motion to Require Plaintiff to Provide Required Sections of the Pretrial Order and Plaintiff British Telecommuncations plc's Opposition,

IT IS HEREBY ordered that:

1. Defendant Google Inc.'s Motion is DENIED AS MOOT.

2. Defendant Google Inc. shall provide its response to Plaintiff British Telecommunications plc's ("BT") draft pretrial order and Google's own portions to BT on or before December 31, 2013 pursuant to D. Del. Local Rule 16.3(d)(2).

                                                                                                              _____
                                                                                                              United States District Judge