IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRITHSH TELECOMMUNICATIONS PLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1249 (LPS) |
| | ) | |
| GOOGLE INC. | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, British Telecommunications PLC, and Defendant, Google Inc., hereby stipulate to the dismissal of the action and that each party shall bear its own costs. All claims of infringement that Plaintiff raised or could have raised in this action are DISMISSED WITH PREJUDICE. The dismissal shall be effective upon the issuance of a decision by the Court on plaintiff's motion to vacate (D.I. 413).

01:15056882.1

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Monté T. Squire* | /s/ *Paul Saindon* |
| Melanie K. Sharp (No. 2501)<br>Monté T. Squire (No. 4764)<br>Robert M. Vrana (No. 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>(302) 571-6681<br>msharp@ycst.com | Jack B. Blumenfeld (No. 1014)<br>Paul Saindon (No. 5110)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>psaindon@mnat.com |
| PROSKAUER ROSE LLP<br>James H. Shalek<br>Baldassare Vinti<br>Nolan M. Goldberg<br>Joon R. Yoon<br>Fabio E. Tarud<br>Jonathan Sharret<br>Elias Schilowitz<br>Eleven Times Square<br>New York, New York 10036<br>(212) 969-3000 | OF COUNSEL:<br><br>WHITE & CASE LLP<br>Dimitrios T. Drivas<br>Kevin X. McGann<br>Jeffrey J. Oelke<br>John P. Scheibeler<br>Robert E. Counihan<br>Leon Miniovich<br>1155 Avenue of the Americas<br>New York, NY 10036<br>(212) 819-8200 |
| *Attorneys for British Telecommunications plc* | *Attorneys for Google Inc.* |

SO ORDERED this ____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE