AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __District of Delaware__ on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>11-1249 | DATE FILED<br>12/15/2011 | U.S. DISTRICT COURT<br>District of Delaware |
|---|---|---|
| PLAINTIFF<br><br>BRITISH TELECOMMUNICATIONS PLC | | DEFENDANT<br><br>GOOGLE INC. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,151,309 | 11/21/2000 | British Telecommunications plc |
| 2 | 6,169,515 | 1/2/2001 | British Telecommunications plc |
| 3 | 6,397,040 | 5/28/2002 | British Telecommunications plc |
| 4 | 6,578,079 | 6/10/2003 | British Telecommunications plc |
| 5 | 6,650,284 | 11/18/2003 | British Telecommunications plc |
| 6 | 6,826,598 | 11/30/2004 | British Telecommunications plc |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Stipulation of Dismissal |

| CLERK<br>John A. Cerino | (BY) DEPUTY CLERK | DATE<br>3-13-14 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director  Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director  Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-1249 (LPS) |
| | ) |
| GOOGLE INC. | ) |
| | ) |
| Defendant. | ) |

FEB 19 2014

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, British Telecommunications PLC, and Defendant, Google Inc., hereby stipulate to the dismissal of the action and that each party shall bear its own costs. All claims of infringement that Plaintiff raised or could have raised in this action are DISMISSED WITH PREJUDICE. The dismissal shall be effective upon the issuance of a decision by the Court on plaintiff's motion to vacate (D.I. 413).

01:15056882.1

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Monté T. Squire* <br> Melanie K. Sharp (No. 2501) <br> Monté T. Squire (No. 4764) <br> Robert M. Vrana (No. 5666) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, Delaware 19801 <br> P.O. Box 391 <br> Wilmington, Delaware 19899-0391 <br> (302) 571-6681 <br> msharp@ycst.com | */s/ Paul Saindon* <br> Jack B. Blumenfeld (No. 1014) <br> Paul Saindon (No. 5110) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> psaindon@mnat.com <br><br> OF COUNSEL: |
| PROSKAUER ROSE LLP <br> James H. Shalek <br> Baldassare Vinti <br> Nolan M. Goldberg <br> Joon R. Yoon <br> Fabio E. Tarud <br> Jonathan Sharret <br> Elias Schilowitz <br> Eleven Times Square <br> New York, New York 10036 <br> (212) 969-3000 <br><br> *Attorneys for British Telecommunications plc* | WHITE & CASE LLP <br> Dimitrios T. Drivas <br> Kevin X. McGann <br> Jeffrey J. Oelke <br> John P. Scheibeler <br> Robert E. Counihan <br> Leon Miniovich <br> 1155 Avenue of the Americas <br> New York, NY 10036 <br> (212) 819-8200 <br><br> *Attorneys for Google Inc.* |

SO ORDERED this 25th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE